**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/29/20 6:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    RICHARD C. WALTERS

        Debtor(s)

  Ronda J. Winnecour
        Movant
      vs.
  No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 15-23625-JAD

Chapter 13

Related To Doc. No. 60

## ORDER OF COURT

AND NOW, this 29th day of December, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard C. Walters  
  Debtor(s)

Case No. 15-23625-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 | User: nsha | Page 1 of 3
Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard C. Walters, 2077 Walton Avenue, Pittsburgh, PA 15210-4145 |
| cr | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S, c/o Brett A. Solomon, Esquire, Tucker Arensberg, P.C., 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14116399 | | Barnes & Noble, c/o Barclays Bank, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14116405 | ++++ | FNB CONSUMER DISCOUNT, 4313 WALNUT ST STE 144, MCKEESPORT PA 15132-6129 address filed with court:, FNB Consumer Discount, 4313 Walnut Street, Unit 29, Mckeesport, PA 15132 |
| 14116407 | + | Ford Motor Credit Company, c/o Donald S. Mazzotta, Esquire, 700 Fifth Avenue, 2nd Floor, Pittsburgh, PA 15219-3017 |
| 14116406 | + | Ford Motor Credit Company, 1 American Road, Dearborn, MI 48126-2701 |
| 14116408 | | Lowe's, POB ox 530914, Atlanta, GA 30353-0914 |
| 14116409 | | Navient, PO Box 740351, Atlanta, GA 30374-0351 |
| 14177751 | + | Pittsburgh Water & Sewer Authority, c/o Goehring Rutter & Boehm, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 14116411 | | Wells Fargo Auto Finance, PO Box 29704, Glendale, AZ 85308 |
| 14131704 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14167211 | + | Wells Fargo Bank, N.A., c/o Wells Fargo Bank, N.A., as servicer, Attn: Bankruptcy Dept./MAC #D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715-7203 |
| 14173908 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 14116412 | | Wells Fargo Home Mortgage, P.O. Box 11701, Newark, NJ 07101-4701 |
| 14116413 | | Wells Fargo Visa, PO Box 6412, Carol Stream, IL 60197-6412 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 30 2020 02:36:22 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14165415 | + | Email/Text: bncmail@w-legal.com | Dec 30 2020 02:00:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14116400 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 30 2020 02:29:51 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14141235 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 30 2020 02:36:16 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14116403 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2020 02:24:33 | Credit One Master Card, PO Box 60500, City of Industry, CA 91716-0500 |
| 14116404 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 30 2020 02:36:20 | Credit One Visa, PO Box 60500, City of Industry, CA 91716-0500 |
| 14166469 | + | Email/Text: kburkley@bernsteinlaw.com | | |

Case 15-23625-JAD   Doc 70   Filed 12/31/20   Entered 01/01/21 00:38:26   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: nsha | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 31 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
|  |  | Dec 30 2020 02:00:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14116401 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 30 2020 02:24:26 | Chase Freedom, PO Box 15153, Wilmington, DE 19886 |
| 14116402 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 30 2020 02:24:26 | Chase Southwest, P. O. Box 15153, Wilmington, DE 19886-5153 |
| 14171045 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 30 2020 02:24:38 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15051469 | Email/Text: camanagement@mtb.com | Dec 30 2020 01:59:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14162362 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2020 02:00:00 | Midland Credit Management, Inc., as agent for MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14175510 | Email/PDF: pa_dc_claims@navient.com | Dec 30 2020 02:24:35 | Navient Solutions Inc., Department of Education Loan Services, P.O. Box 9635, Wilkes-Barre, PA 18773-9635 |
| 14116410 | Email/PDF: cbp@onemainfinancial.com | Dec 30 2020 02:36:10 | One Main Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 14175246 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2020 02:36:20 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14121881 | Email/PDF: rmscedi@recoverycorp.com | Dec 30 2020 02:36:22 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Duquesne Light Company |
| cr |  | Pittsburgh Water & Sewer Authority |
| cr | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T BANK, P.O. Box 840, Buffalo, NY 14240-0810 |
| 14157625 | ##+ | Porania LLC, P. O. Box 11405, Memphis TN 38111-0405 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 31, 2020 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0315-2 | User: nsha | Page 3 of 3 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 31 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Dealer Services brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Christopher M. Frye | on behalf of Debtor Richard C. Walters chris.frye@steidl-steinberg.com julie.steidl@steidl-steinberg.com;todd@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey S. Dunn | jefdun@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Terry A. Shulsky | on behalf of Plaintiff Wells Fargo Bank N.A. terry.shulsky@bipc.com  donna.curcio@bipc.com;katherine.maloney@bipc.com |

TOTAL: 9